# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RIAZ SUKHYANI, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>PAMELA J. BONDI, et al., )<br>)<br>Respondents. ) | Case No. CIV-25-1243-J |

## ORDER

United States Immigration & Customs Enforcement has detained Petitioner, a Pakistani citizen. Appearing with counsel, Petitioner seeks habeas relief under 28 U.S.C. § 2241 [Doc. Nos. 1, 14] and requests an emergency temporary restraining order (TRO) requiring Respondents to (1) not transfer him out of Oklahoma during the pendency of this action, (2) provide 72-hour notice of any intended movement or transfer, and (3) provide due process prior to removal from the United States. [Doc. No. 5]. The matter was referred for initial proceedings to United States Magistrate Judge Chris M. Stephens consistent with 28 U.S.C. § 636(b)(1)(B), (C). Judge Stephens has reviewed the TRO motion and recommends that it be denied for lack of notice to the adverse party. [Doc. No. 12]. Despite being cautioned that he must file any objection no later than October 24, 2025, Petitioner did not object and has waived his right to appellate review of the factual and legal issues addressed in the Report and Recommendation. *See Casanova v. Ulibarri*, 595 F.3d 1120, 1123 (10th Cir. 2010).

Accordingly, the Court ADOPTS the Report and Recommendation [Doc. No. 12] and DENIES Petitioner's motion for an emergency TRO [Doc. No. 5]. This matter remains referred to Judge Stephens.

IT IS SO ORDERED this 30th day of October, 2025.

_____
BERNARD M. JONES
UNITED STATES DISTRICT JUDGE